**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7021**

---

ROBERT CALVIN CRAIG, JR.,

Plaintiff - Appellant,

versus

MACK JARVIS; NORTH CAROLINA DEPARTMENT OF
CORRECTION,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-97-372-5-BR)

---

Submitted:  November 20, 1997       Decided:  December 10, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Calvin Craig, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Craig v. Jarvis, No. CA-97-372-5-BR (E.D.N.C. July 17, 1997). We deny the motions for injunctive relief and to strike Fed. R. App. P. 45 notice and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED